IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ISRAEL ALVARADO, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:22-cv-876 (AJT/JFA) |
| ) | |
| LLOYD AUSTIN, III, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |
| _____ ) | |

**ORDER**

Pending before the Court is Plaintiffs' Motion for Reconsideration [Doc. No. 88]. A hearing on the Motion is scheduled for 10:00 a.m. on Wednesday, January 25, 2023. Upon consideration of the Motion, it is hereby

**ORDERED** that, within fourteen (14) days of the date of this Order, Defendants shall respond to the Motion, following which Plaintiffs shall reply within seven (7) days of Defendants' opposition.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Alexandria, Virginia
December 29, 2022

_____
Anthony J. Trenga
Senior U.S. District Judge