IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ISRAEL ALVARADO, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )  Case No. 1:22-cv-876 (AJT/JFA) |
| | ) |
| LLOYD AUSTIN, III, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

**ORDER**

Pending before the Court is Plaintiffs' Motion for Reconsideration (the "Motion") [Doc. No. 88]. The Motion is currently set for a hearing on January 25, 2023 at 10:00 a.m. The Motion is fully briefed, and because oral argument will not assist the decisional process, and in accordance with Local Civil Rule 7(J) and Fed. R. Civ. P. 78, the Motion will be resolved on the basis of the papers filed with the Court. Accordingly, it is hereby

**ORDERED** that the hearing on Plaintiffs' Motion for Reconsideration [Doc. No. 88] currently scheduled for Wednesday, January 25, 2023 at 10:00 a.m. be, and hereby is, **CANCELED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
January 20, 2023

Anthony J. Trenga
Senior U.S. District Judge