FILED: April 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1419
(1:22-cv-00876-AJT-JFA)

_____

ISRAEL ALVARADO; STEVEN BARFIELD; WALTER BROBST; JUSTIN BROWN; DAVID CALGER; MARK COX; JACOB EASTMAN; THOMAS FUSSELL; NATHANAEL GENTILHOMME; DOYLE HARRIS; JEREMIAH HENDERSON; ANDREW HIRKO; KRISTA INGRAM; RYAN JACKSON; JOSHUA LAYFIELD; JAMES LEE; BRAD LEWIS; ROBERT NELSON; RICK PAK; RANDY POGUE; GERARDO RODRIGUEZ; PARKER SCHNETZ; RICHARD SHAFFER; JONATHAN SHOUR; JEREMIAH SNYDER; DAVID TROYER; SETH WEAVER; THOMAS WITHERS; JUSTIN WINE; MATTHEW WRONSKI; JERRY YOUNG

    Plaintiffs - Appellants

v.

LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, U.S. Department of Defense; FRANK KENDALL, in his official capacity as Secretary of the Air Force, Department of the Air Force; CARLOS DEL TORO, in his official capacity as Secretary of the Navy, Department of the Navy; CHRISTINE WORMUTH, in her official capacity as Secretary of the Army, Department of the Army; XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health and Human Services; ROBERT CALIFF, M.D., in his official capacity as Commissioner of the U.S. Food and Drug Administration; ROCHELLE WALENSKY, in her official capacity as Director, Centers for Disease Control and Prevention

    Defendants – Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:22-cv-00876-AJT-JFA |
| Date notice of appeal filed in originating court: | 04/12/2023 |
| Appellants | Israel Alvarado, Steven Barfield, Walter Brobst, Justin Brown, David Calger, Mark Cox, Jacob Eastman, Thomas Fussell, Nathanael Gentilhomme, Doyle Harris, Jeremiah Henderson, Andrew Hirko, Krista Ingram, Ryan Jackson, Joshua Layfield, James Lee, Brad Lewis, Robert Nelson, Rick Pak, Randy Pogue, Gerardo Rodriguez, Parker Schnetz, Richard Shaffer, Jonathan Shour, Jeremiah Snyder, David Troyer, Seth Weaver, Justin Wine, Thomas Withers, Matthew Wronski, Jerry Young |
| Appellate Case Number | 23-1419 |
| Case Manager | Taylor Barton 804-916-2702 |