**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

Israel Alvarado, et al.,                    )
                                            )
       Plaintiffs,                       )
                                            )
                                            )
v.                                          )          Civil Action No. 1:22-cv-876
                                            )
Llyod Austin, III, et al.,                  )
                                            )
       Defendants.                       )

## **AMENDED JUDGMENT**

       Pursuant to the order of this Court entered on November 23, 2022, and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants, Llyod Austin, III, Frank Kendall, Carlos Del Toro, Christine Wormuth, Secretary Xavier Becerra, Janet Woodcock, Rochelle Walensky and against the Plaintiffs Israel Alvarado, Steven Barfield, Walter Brobst, Justin Brown, David Calger, Mark Cox, Jacob Eastman, Thomas Fussell, Nathanael Gentilhomme, Doyle Harris, Jeremiah Henderson, Andrew Hirko, Krista Ingram, Ryan Jackson, Joshua Layfield, James Lee, Brad Lewis, Robert Nelson, Rick Pak, Randy Pogue, Gerardo Rodriguez, Parker Schnetz, Richard Shaffer, Jonathan Shour, Jeremiah Snyder, David Troyer, Seth Weaver, Thomas Withers, Justin Wine, Matthew Wronski, Jerry Young, Brenton C. Asbury, Jordan Ballard, Chad Booth, Jeremiah Botello, Jordan Dersch, Clayton Diltz, Michael Hart, William Howarth, Jacob Lawrence, Lance Schrader, Jonathan Zagdanski.


07/03/2023                                  FERNANDO GALINDO, CLERK OF COURT
   Date
Alexandria, VA                              By:_____/s/_____
                                                         W. Garnett/Deputy Clerk