IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ISRAEL ALVARADO, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )   Case No. 1:22-cv-876 (AJT/JFA) |
| | ) |
| LLOYD AUSTIN, III, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## **ORDER**

On August 3, 2023, the Fourth Circuit Court of Appeals remanded this action for dismissal as moot, [Doc. No. 103], upon consideration of which it is hereby

**ORDERED** that the action be, and the same hereby is, DISMISSED as moot.

The Clerk is directed to forward copies of this Order to all counsel of record.

Alexandria, Virginia
October 23, 2023

_____
Anthony J. Trenga
Senior U.S. District Judge